IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>v.<br><br>NELSON ONARO, D.O.,<br>*Defendant*. | **Case No. 20-cr-089-RAW**<br>**Hon. Chief Judge Ronald A. White** |

## ORDER

Before the Court is the United States' Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Withdraw his Guilty Plea [Docket No. 48]. The Court previously set a deadline of July 26, 2022 to respond to the defendant's Motion to Withdraw His Guilty Plea [Docket No. 45]. Based on the reasons outlined in the Government's Motion, and without objection from defense counsel, the Court finds good cause to grant the Government's request and extend the time by which the Government may respond to the defendant's Motion. Therefore, the motion is GRANTED, and the Court will grant the Government an additional 30 days, to August 25, 2022, to obtain the transcripts of any relevant proceedings and respond to the defendant's Motion.

Dated this 26th day of July, 2022.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA