IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | |
| V. | CR20-089-RAW |
| NELSON ONARO, D.O., | |
| DEFENDANT. | |

JOINT STATUS REPORT

**COMES NOW,** the parties, by and through their counsel of record, and in accordance with court's minute order of December 6th, 2022, shows as follows:

1. Counsel for the United States and Defendant conferenced on December 9th, 2022.

2. The parties jointly state that they are finalizing their amended plea agreement and expect to submit the updated, amended plea agreement to this court by January 13th, 2023.

WHEREFORE, the parties respectfully request this court allow the parties to finalize their amended plea agreement to be submitted on or before January 13th, 2023.

s/ Zachary Enlow
Zachary Enlow, OBA #34144
26226 E. 21st St. Ste 102.
Tulsa, OK, 74114.
zach@enlow.law
918.583.8205.

## CERTIFICATE OF SERVICE

I, Zachary Enlow, Esq., certify that a true and correct copy of the foregoing was served via ECF electronic transmission on September 28, 2020 to:

Ryan Conway, AUSA,

Dan Griffin, DoJ

Chris Jason

s/ Zachary Enlow\
Zachary Enlow
