**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| PLAINTIFF, | |
| V. | CR20-089-RAW |
| **NELSON ONARO, D.O.,** | |
| DEFENDANT. | |

**DEFENDANT'S NOTICE OF INTENT TO PLEAD GUILTY TO COUNT 6**

**COMES NOW,** the Defendant, by and through counsel, in the above-style cause and hereby gives his second notice of his intent to plead guilty to the United States' Superseding Information. However, Defendant is only pleading to count six of the Information as the United States is withdrawing counts 1–5.

The change of plea is based on plea negotiations with the US Attorney and Department of Justice. As a result of these plea negotiations and in exchange for his plea of guilty, the government has agreed to recommend to the Court following:

  i.   The government agrees to recommend a sentence within the properly calculated guideline range.

  ii.  The Defendant is free to request any sentence from the Court.

Defendant understands that pursuant to the provisions of Rule 11(a)(1)(B) of the F.R.Cr.P., a recommendation of the US Attorney pursuant to this plea agreement is not binding upon the Court. He further understands that that if his plea of guilty is offered based upon a recommendation of

the US Attorney, he has no right to withdraw his plea of guilty if the Court elects not to accept the recommendation from the Unites States.

Defendant further understands he will need to attend a hearing to enter his plea upon Order from this court. Defendant's signed amended plea agreement is being transmitted to the United States concurrent to this filing.

s/ Zachary Enlow
Zachary Enlow, OBA #34144
26226 E. 21st St. Ste 102.
Tulsa, OK, 74114.
zach@enlow.law
918.583.8205.

## CERTIFICATE OF SERVICE

I, Zachary Enlow, Esq., certify that a true and correct copy of the foregoing was served via ECF electronic transmission on the date filing

Ryan Conway, AUSA,

Dan Griffin, DoJ

Christopher Jason, DoJ

s/ Zachary Enlow
Zachary Enlow
