

FILED

FEB -7 2023

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR20-089-RAW |
| | ) | |
| Nelson Onaro, D.O. | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 02/07/2023

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Judge's signature*

U.S. Magistrate Judge Kimberly E. West
*Judge's printed name and title*