# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR-20-089-RAW |
| Plaintiff, ) | |
| v. ) | Date: 2/07/2023 |
| ) | |
| NELSON ONARO ) | Time: 11:38 a.m. – 12:14 p.m. |
| Defendant. ) | |

## MINUTE SHEET
## WAIVER of INDICTMENT/CHANGE of PLEA

U.S. Magistrate Judge Kimberly E. West    Toni Moore, Deputy Clerk
FTR Courtroom:  3 - Room 432
Counsel for Plaintiff:   Ryan Conway, AUSA
Counsel for Defendant: Zachary Enlow, Retained

Defendant appears in person: ☒ with Counsel;  ☐ Counsel waived;  ☐ w/o Counsel;
Defendant: ☒ Sworn       ☐ Defendant consents to proceed via video conference

☒ Consent to Proceed before U. S. Magistrate Judge executed by defendant and filed.
☐ Petition to Enter Plea of Guilty and Order Entering Plea
☒ Defendant advised of charges and possible penalties
☒ Guideline estimates discussed
☒ Defendant entered guilty plea to Count(s) __6s__ of the Information
☒ Plea Agreement:  ☒ terms orally disclosed    ☒ written plea agreement filed   ☐ no written plea agreement
  ☐ Motion for Additional One Point Reduction for Acceptance of Responsibility filed by Government
  ☒ Remaining Count(s) to be dismissed at sentencing: Count(s) __1s-5s__

Defendant waived: ☒ Indictment;  ☒ Jury Trial;  ☐ Speedy Trial;  ☐ 30 Days Preparation;
☐ Separate Representation;  ☒ Waiver(s) accepted by Court

☒ Defendant waived right to having jury determine facts used to enhance Defendant's sentence and consents to the sentencing judge to determine those facts

☒ Defendant related facts of charge;   ☒ Government agreed Defendant's statements meet elements of offense

☒ Court findings:   ☒ Defendant found mentally competent to understand charges and proceedings
  ☒ Factual basis for Defendant's plea;
  ☒ Defendant is guilty as charged as to Count(s) __6s__ of the Information

☒ PSI Ordered

☒ Defendant released on same conditions of bond with pretrial supervision (re: Order Setting Conditions of Release)
☒ Government requested U.S. Magistrate issue Report and Recommendation to District Court with regard to finding of guilt. DENIED (KEW).

☐ Defendant remanded to custody of U.S. Marshal