

**FILED**
FEB - 7 2023
BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America<br>v.<br><br>_____Nelson Onaro_____<br>*Defendant* | )<br>)<br>)<br>)  Case No. CR 20-89-RAW<br>)<br>)<br>)<br>) |

## WAIVER OF JURY

COMES NOW the undersigned defendant, and having been fully apprised of my rights, do hereby WAIVE my SIXTH AMENDMENT RIGHTS to a jury IN ALL RESPECTS both as to guilt or innocence and as to sentencing.

Accordingly, I hereby CONSENT that all matters in the above styled and numbered criminal proceedings be determined by the Court in accordance with Rule 23, Federal Rules of Criminal Procedure.

_____
Defendant

_____
Counsel for Defendant

CONSENT OF GOVERNMENT:

_____
Assistant United States Attorney

Signed and approved in open court February 7, 2023.

_____
KIMBERLY E. WEST, U.S. Magistrate Judge